**Order entered June 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00417-CR

**GEORGE WASHINGTON HICKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-00837-W**

## ORDER

The Court **GRANTS** court reporter Darlene King Labar's June 26, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Labar to file the reporter's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/    DAVID EVANS
JUSTICE